E-FILED
Monday, 06 December, 2021  04:01:26 PM
Clerk, U.S. District Court, ILCD

## THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| JAKE SIMMONS, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HANKINS, GREGG SCOTT, CHRIS CLAYTON, ILLINOIS DEPT. OF HUMAN SERVICES, <br><br> Defendants. | Case No. 4:17-cv-04013-SEM-TSH <br><br> Judge Sue E. Myerscough <br><br> Magistrate Judge Tom Schanzle-Haskins |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

William M. Strom, individually and on behalf of Anand C. Mathew, Timothy G. Parilla, and Palmersheim & Mathew LLP, respectfully makes this motion to withdraw as counsel for Plaintiff Jake Simmons, and states as follows:

1.    Attorney Strom and Palmersheim & Mathew LLP were appointed counsel by Mr. Simmons's consent and agreement to an engagement limited to the scope of the proceedings in the District Court. (*See* Minute Entry of Sept. 13, 2021.)

2.    Following a four-day jury trial, this matter was submitted to the jury on December 2, 2021. The jury returned a verdict in favor of all Defendants on December 2, 2021. (*See* Dkt. 174; Minute Entry of Dec. 2, 2021.)

3.    On December 3, 2021, this Court entered judgment on the jury's verdict. (Dkt. 181.)

4.    On December 6, 2021, at Mr. Simmons's instruction, undersigned counsel filed a Notice of Appeal on behalf of Mr. Simmons. (*See* Dkt. 182.)

5.    Undersigned counsel has conferred with Mr. Simmons regarding his appeal rights and informed him of undersigned counsel's intent to withdraw from representation. Mr. Simmons

understands that undersigned counsel will no longer represent him should this Court give leave for withdrawal. Mr. Simmons further understands that upon a grant of leave for withdrawal of undersigned counsel, Mr. Simmons will once more be proceeding on his own behalf and will be responsible for meeting any deadlines or making any required filings or responses.

6.     Undersigned counsel further respectfully requests that the Court assist Mr. Simmons with preparing any Docketing Statement, as required under Circuit Rule 3 of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit, in order to avoid the appearance to the Court of Appeals that undersigned counsel will serve as "counsel of record" on appeal under Circuit Rule 3(d). Undersigned counsel will not represent Mr. Simmons on appeal, as counsel of record or otherwise.

7.     Withdrawal of undersigned counsel will not occasion prejudice to any party nor any undue delay, nor is leave to withdraw sought for any such impermissible purpose.

WHEREFORE, William M. Strom, individually and on behalf of Anand C. Mathew, Timothy G. Parilla, and Palmersheim & Mathew LLP, respectfully requests that this Court grant them this motion for leave to withdraw as counsel for Plaintiff Jake Simmons.

Dated: December 6, 2021

Respectfully submitted,


/s/ William M. Strom
William M. Strom (Bar No. 6314092)
Anand C. Mathew (Bar No. 6299435)
Timothy G. Parilla (Bar No. 6324461)
PALMERSHEIM & MATHEW LLP
401 N. Franklin St., Suite 4S
Chicago, IL  60654
(312) 319-1791 – Telephone
(312) 878-2890 – Fax
wms@thepmlawfirm.com
acm@thepmlawfirm.com
tgp@thepmlawfirm.com

*Attorneys for Jake Simmons*

**CERTIFICATE OF SERVICE**

I, William M. Strom, an attorney, certify that on December 6, 2021, I caused the foregoing **Motion for Leave to Withdraw as Counsel for Plaintiff** to be served on all counsel of record listed via the Court's ECF system.

/s/ William M. Strom
William M. Strom
PALMERSHEIM & MATHEW LLP
401 N. Franklin St., Suite 4S
Chicago, IL  60654
(312) 319-1791
wms@thepmlawfirm.com

*One of the attorneys for Jake Simmons*